IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LORI PETROVITCH, *et al.*,     )
                                          )
          Plaintiffs,     )
                                          )
v.                                       )     Civil Action No. 3:23-cv-829–HEH
                                          )
NISSAN NORTH AMERICA, INC.,     )
                                          )
         Defendant.     )

**ORDER**
**(Adopting R&R as Modified)**

THIS MATTER is before the Court on Plaintiffs Lori and David Petrovitch's ("Plaintiffs") Motion to Enforce Settlement (the "Motion," ECF No. 19) filed on June 28, 2024. The matter is presently before the Court on the Report and Recommendation ("R&R," ECF No. 34) filed pursuant to 28 U.S.C. § 636(b)(1)(B) by the Honorable Mark R. Colombell, United States Magistrate Judge, on November 14, 2024. For the reasons explained in the accompanying Memorandum Opinion, the Court hereby ORDERS:

(1) Plaintiffs' Objections (ECF No. 35) are OVERRULED;

(2) The R&R is MODIFIED in part and ADOPTED as modified;

(3) Plaintiffs' Motion to Enforce Settlement (ECF No. 19) is DENIED;

(4) Plaintiffs shall file a stipulation of dismissal within SEVEN (7) DAYS of the entry of this Order.

The Clerk is DIRECTED to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/ *[signature]*

Henry E. Hudson
Senior United States District Judge

Date: February 13, 2025
Richmond, Virginia